1042

[No. 6204-6-II.   Division Two.   August 22, 1985.]

JAMES N. ARAGAKI, ET AL, *Appellants, v.* THE
SOUTHWEST WASHINGTON HEALTH DISTRICT,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 81-2-00889-9, J. Dean Morgan, J., entered
February 5, 1982. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.


[No. 6916-4-II.   Division Two.   August 22, 1985.]

JAMES R. GREGG, ET AL, *Respondents, v.* SAFECO
INSURANCE COMPANY OF AMERICA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82-2-00424-7, Thomas L. Lodge, J., entered
February 8, 1983. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.


[No. 14812-5-I.   Division One.   August 26, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* TIMOTHY
NABER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03371-0, Frank D. Howard, J., entered
May 11, 1984. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Corbett, C.J., and Coleman, J.


[Nos. 11508-1-I; 13549-0-I.   Division One.   September 3, 1985.]

EILEEN J. HALVERSON, *Respondent, v.* M. TYRONE
MORGAN, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King
County, No. 864297, George H. Revelle, J., entered
February 22, 1982. *Affirmed as modified* by unpublished
opinion per Scholfield, A.C.J., concurred in by Grosse, J.,
and Petrie, J. Pro Tem.